UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CISNEROS,<br><br>        Plaintiff,<br><br>   v.<br><br>D. ROWLAND, *et al.*,<br><br>        Defendants. | CASE NO. 1:24-CV-01070-JLT-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS (ECF NO. 6) AND GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 9)<br><br>AND<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

    Plaintiff Matthew Cisneros is a state prisoner proceeding *pro se* in this civil rights lawsuit filed pursuant to 42 U.S.C. § 1983. After Plaintiff failed to submit a complete and signed application to proceed *in forma pauperis* (IFP) or pay the filing fee, the Court issued an order on September 10, 2024, giving Plaintiff thirty days to do either and warning of dismissal if Plaintiff failed to comply. (ECF No. 4). After that thirty-day period had expired without Plaintiff paying the filing fee or submitting a complete IFP application, on October 22, 2024, the Court issued Findings and Recommendations to dismiss the case without prejudice. (ECF No. 6).

    Plaintiff then filed an application to proceed IFP (ECF No. 9), along with objections to Findings and Recommendations (ECF No. 8) on November 7, 2024. The Court also received Plaintiff's trust fund account statement from CDCR. (ECF No. 11). Accordingly, the Court **VACATES** its previous Findings and Recommendations. (ECF No. 6).

In his application to proceed *in forma pauperis* (ECF No. 9), Plaintiff has made the showing required by § 1915(a) and accordingly, his request to proceed IFP will be **GRANTED**. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, **IT IS ORDERED:**

1. The Court's Findings and Recommendations (ECF No. 6) are **VACATED**.
2. Plaintiff's application to proceed *in forma pauperis* (ECF No. 9) is **GRANTED**.
3. **The Director of the California Department of Corrections and Rehabilitation or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**
4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the California Department of Corrections and Rehabilitation via CM/ECF.
5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **November 18, 2024**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2