**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW CISNEROS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-01070 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS CASE PROCEED ON EXCESSIVE USE OF FORCE AGAINST DEFENDANTS ROWLAND, MARROQUIN, AND GARCIA, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(Doc. 1, 16) |

Matthew Cisneros, a state prisoner, proceeds *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. (Doc. 1.) The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2025, after screening Plaintiff's complaint, the assigned magistrate judge issued findings and recommendations recommending that this case proceed on the excessive force claim against Defendants Rowland, Marroquin, and Garcia, and that all other claims and defendants be dismissed. (Doc. 16.) Plaintiff timely filed objections to the findings and recommendations. (Doc. 17.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, including the objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Plaintiff's objections again suggest that his personal property was taken from him and/or mishandled in retaliation for him complaining about other mistreatment. (Doc. 17.) This allegation was addressed by the findings and recommendations. (Doc. 16 at 10 n. 2.) To the extent Plaintiff is

1

attempting to submit new and different facts by way of his objections, this is improper. Moreover, the mere fact that the same officer who may have deprived him of his personal property was "there" when officers allegedly used excessive force against Plaintiff does not provide a sufficient factual basis for a retaliation claim. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 22, 2025, Doc. 16, are **ADOPTED IN FULL**.
2. This case proceeds on the claim for excessive use of force against Defendants Rowland, Marroquin, and Garcia.
3. All other claims and defendants are **DISMISSED**.

IT IS SO ORDERED.

Dated:   **June 12, 2025**

UNITED STATES DISTRICT JUDGE